IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01752-CMA-MJW

REESE JORDAN,

        Plaintiff

and

PINNACOL ASSURANCE,

        Plaintiff-Intervenor,

vs.

HOME DEPOT U.S.A., INC.,

        Defendant.                                JURY DEMANDED

_____

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

        On this date came to be considered Plaintiff Reese Jordan's, Plaintiff-Intervenor Pinnacol Assurance's and Defendant Home Depot U.S.A., Inc.'s Joint Stipulation of Dismissal in the above-numbered and captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

        It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff Reese Jordan and Plaintiff-Intervenor Pinnacol Assurance against Defendant Home Depot U.S.A., Inc. are hereby dismissed in their entirety with prejudice to the re-filing of same.

        It is further ORDERED, ADJUDGED AND DECREED that all costs herein incurred shall be taxed against the party incurring same.

SIGNED on the _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE