**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 17-cv-01752-CMA-MJW

REESE JORDAN,

     Plaintiff,

and

PINNACOLE ASSURANCE,

     Plaintiff-Intervenor,

v.

HOME DEPOT U.S.A., INC.,

     Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal of All Claims (Doc. #34). The Court having reviewed the file and being fully advised in the premises, hereby

     ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

     DATED: March 23, 2018

                         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Judge